IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

United States Courts
Southern District of Texas
FILED

JUN 26 2017

David J. Bradley, Clerk of Court

| United States of America Plaintiff, | § § § § | Civil Case (CDCS: 2016A36037) |
|---|---|---|
| v. | § § § § § | CA: 4:17-cv-797 |
| Mary Wilcox, Defendant. | § § | |

### DEFENDANT'S ANSWER TO PLAINTIFF'S COMPLAINT

Defendant answers the Complaint as follows:

1. **Defense to Claim**

   a. The school that I was attending, Shirley Baker Career Institute, closed and I was unable to complete the course curriculum.

   b. This is a stale claim as it has been more than 10 years since the school closed.

2. **Prayer**

   a. Defendant prays the United States take nothing on this claim.

Respectfully submitted,

*[signature]*

Mary Lou Wilcox, Pro Se
Defendant
19903 Faye Oaks Drive
Humble, TX 77346
Phone: 281-235-9366
Email: Mwilcox7@comcast.net

## CERTIFICATE OF SERVICE

I hereby certify that on this 26th day of June, 2017, the undersigned caused a true and correct copy of this Answer to be served via United States Postal Service, Certified Mail 7006-2760-0000-5385-9299, Return Receipt Requested, upon the following:

Clifton C. Kyle
Eddie R. Lane
Kyle Law Group, P.C.
Attorneys for United States of America
1775 Saint James Place, Suite 130
Houston, TX  77056
Phone: (713) 968-4615
Fax:  (713) 968-4691

*[signature]*
Mary Lou Wilcox, Pro Se