| United States of America, | § | United States District Court |
|---|---|---|
| | § | Southern District of Texas |
| Plaintiff, | § | **ENTERED** |
| | § | July 02, 2018 |
| versus | § | David J. Bradley, Clerk |
| | § | |
| Mary Wilcox, | § | Civil Action H-17-797 |
| | § | |
| Defendant. | § | |

UNITED STATES DISTRICT COURT          SOUTHERN DISTRICT OF TEXAS

## Order to Show Cause

The United States must appear to show cause why it has failed to prosecute this case. The hearing is set:

July 20, 2018,
at 10:00 a.m.
Courtroom 11-C, Eleventh Floor
515 Rusk Avenue
Houston, Texas 77002.

Signed July 2, 2018, at Houston, Texas.

Lynn N. Hughes
United States District Judge